AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  _Maria Serrathma_ (illegible)

Date: 7/12/04

Signature: _(illegible)_

Print Name: THOMAS LESSER

Address: 39 MAIN ST

City: NORTHAMPTON  State: MA  Zip Code: 01060

Phone Number: 413-584-7331