UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CRIM. NO. 04-30033-MAP |
| ) | |
| vs. ) | |
| ) | |
| **RAYMOND ASSELIN, SR., et al.** ) | DOCKETED |
| ) | |
| Defendants. ) | |

**FINAL STATUS CONFERENCE**
**JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this joint memorandum pursuant to Local Rule 116.5(C) and the Magistrate Judge's Scheduling Order as follows:

1. There are no outstanding discovery issues not yet presented or resolved by the court except Defendant Peter Davis' Motion for a Bill of Particulars and Motion to Compel Discovery. No other defendant has filed a motion for discovery.

2. The parties do not anticipate providing additional discovery as a result of the future receipt of information.

3. No defendant intends to raise a defense of insanity or public authority.

103

4.   The Government has not requested notice of alibi. However, no defendant intends to raise a defense of alibi.

5.   The defendants intend to file substantive motions that will require rulings by the District Court.

6.   A schedule should be set for the filing of substantive motions, responses to those motions, and arguments on the motions if deemed necessary by the District Court.

7.   The parties have not engaged in discussions about the early resolution of the case without a trial.

8.   Given this case's designation as a complex case, no time will have run on the Speedy Trial Clock as of August 25th, 2005.

9.   The parties believe at this point that a trial should be anticipated. At this time, the Government would estimate a trial of four months.

   Filed this ____th day of August, 2005.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

                    _____
                    WILLIAM M. WELCH II
                    Assistant United States Attorney

2

For defendants Raymond and Janet Asselin:

_____
RICHARD EGBERT, ESQ.

For defendant Arthur Sotirion:

_____
VINCENT BONGIORNI, ESQ.

For defendant Peter Davis:

_____
JAMES REHNQUIST, ESQ.

For defendant John Spano:

_____
THOMAS ROOKE, ESQ.

For defendant Paul Bannick:

_____
STEVEN LEARY, ESQ.

For defendant James Asselin:

_____
ROY ANDERSON, ESQ.

3

For defendant Maria Serrazina

_____
THOMAS LESSER, ESQ.

For defendants Joseph and Melinda Asselin

_____
BERNARD GROSSBERG, ESQ.

For defendant Christopher Asselin:

_____
THOMAS KILEY, ESQ.

For defendant Merylina Asselin:

_____
DAVID HOOSE, ESQ.

For defendant Raymond Asselin, Jr.

_____
JOSEPH BALLERO, ESQ.

4

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          August 24, 2005

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

Richard M. Egbert, Esq.  
99 Summer Street  
Suite 1620  
Boston, MA 02110

Vincent A. Bongiorni, Esq.  
95 State Street  
Springfield, MA 01103

James C. Rehnquist, Esq.  
Goodwin Proctor & Hoar  
Exchange Place  
Boston, MA 02109

Thomas Rooke, Esq.  
73 Chestnut Street  
Springfield, MA 01103

Steven W. Leary, Esq.  
95 State Street  
Springfield, MA 01103

Roy H. Anderson, Esq.  
Box 1420  
Springfield, MA 01101

Thomas Lesser, Esq.  
Lesser, Newman, Souweine & Nasser  
39 Main Street  
Northampton, MA 01060

Bernard Grossberg, Esq.  
99 Summer Street  
Suite 1800  
Boston, MA 02110

Thomas R. Kiley, Esq.  
Cosgrove, Eisenberg & Kiley  
1 International Place  
Boston, MA 02110

David P. Hoose, Esq.  
Katz, Sasson, Hoose & Turnbull  
1145 Main Street  
Springfield, MA 01103

Joseph Ballero, Esq.  
99 Summer Street  
Suite 1800  
Boston, MA 02110

                                         /s/ William M. Welch II  
                                         WILLIAM M. WELCH II  
                                         Assistant United States Attorney