```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF MASSACHUSETTS
_____
                                   )
UNITED STATES OF AMERICA           )
                                   )
          Plaintiff,               )
                                   )CRIMINAL ACTION No. 04-30033-MAP
v.                                 )
                                   )
RAYMOND ASSELIN SR., et al.        )
                                   )
          Defendants               )
_____)
```

### DEFENDANT MARIA SERRAZINA'S MOTION
### TO EXTEND TIME FOR FILING MOTION TO SEVER

Now comes the defendant Maria Serrazina in the above-entitled matter and hereby requests this Honorable Court to extend the time for filing motions by two days. In support thereof, Maria Serrazina says as follows:

1. This motion is assented to by the United States.

2. Due to an unexpected illness in his family, Thomas Lesser has been unable to complete the motions and memoranda by the due date.

                                        Respectfully submitted,
                                        The defendant Maria Serrazina,
                                        By her attorney,

Dated: December 19, 2005

                                        /s/Thomas Lesser
                                        Thomas Lesser, BBO No. 295000
                                        Lesser, Newman, Souweine & Nasser
                                        39 Main Street
                                        Northampton, MA 01060
                                        413-584-7331

                                      Assented,

Dated:  December 19, 2005
                                    /s/William Welch
                                    William Welch, Esq.
                                    Assistant United States Attorney
                                    Federal Building and Courthouse
                                    1550 Main Street
                                    Springfield, MA 01103-1422


## CERTIFICATE OF SERVICE

    I, Thomas Lesser, hereby certify that on December 19, 2005, I served a copy of the foregoing document on counsel for the government by mailing, first class, postage prepaid to:  William Welch, Esq., Assistant United States Attorney, Federal Building and Courthouse, 1550 Main Street, Springfield, MA 01103-1422.


                                    /s/Thomas Lesser
                                    Thomas Lesser

Serrazina\Motion to Extend Time for Filing
12/19/05