FILED
'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 DEC 20 P 5: 46

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-30033-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| RAYMOND ASSELIN, SR., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S OBJECTION TO MOTION TO EXTEND BRIEFING DEADLINE

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files its objection to the Motion to Extend Briefing Deadline as follows:

1.    Some months ago, the court set the following briefing schedule:

    a.    Motions to Suppress due on December 19, 2005;

    b.    Response to Motion to Suppress due on February 10, 2006;

    c.    Oral argument on February 15, 2006.

2.    Defendants Raymond Asselin, Sr. and Christoper Asselin now seek to file their motions to suppress on January 9, 2006. The net effect of this request is that the Government's time to respond to their suppression motions has been shortened by twenty-one days.

1

3.    Absent any extension of the Government's response date by twenty-one days, the Government objects to this motion.

Filed this 2**th day of December, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____

WILLIAM M. WELCH II
Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                      December 20, 2005


        I, William M. Welch, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by mailing
said motion to:

Richard M. Egbert, Esq.              Vincent A. Bongiorni, Esq.
99 Summer Street                     95 State Street
Suite 1620                           Springfield, MA   01103
Boston, MA   02110


James C. Rehnquist, Esq.             Thomas Rooke, Esq.
Goodwin Proctor & Hoar               73 Chestnut Street
Exchange Place                       Springfield, MA 01103
Boston, MA 02109


Steven W. Leary, Esq.                Roy H. Anderson, Esq.
95 State Street                      Box 1420
Springfield, MA 01103                Springfield, MA   01101


Thomas Lesser, Esq.                  Bernard Grossberg, Esq.
Lesser, Newman, Souweine & Nasser    99 Summer Street
39 Main Street                       Suite 1800
Northampton, MA   01060              Boston, MA   02110


Thomas R. Kiley, Esq.                David P. Hoose, Esq.
Cosgrove, Eisenberg & Kiley          Katz, Sasson, Hoose & Turnbull
1 International Place                 1145 Main Street
Boston, MA   02110                   Springfield, MA   01103


Joseph Ballero, Esq.
99 Summer Street
Suite 1800
Boston, MA   02110



                                     _____
                                     WILLIAM M. WELCH II
                                     Assistant United States Attorney




                        3