UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
           Plaintiff,          )
                               )CRIMINAL ACTION No. 04-30033-MAP
v.                             )
                               )
RAYMOND ASSELIN SR., et al.    )
                               )
           Defendants          )
_____)
```

DEFENDANT MARIA SERRAZINA'S MOTION
TO EXTEND TIME FOR FILING MOTION TO SEVER

Now comes the defendant Maria Serrazina in the above-entitled matter and hereby requests this Honorable Court to extend the time for filing motions by two days. In support thereof, Maria Serrazina says as follows:

1. This motion is assented to by the United States.

2. Due to an unexpected illness in his family, Thomas Lesser has been unable to complete the motions and memoranda by the due date.

                        Respectfully submitted,
                        The defendant Maria Serrazina,
                        By her attorney,

Dated: December 21, 2005

                        /s/Thomas Lesser
                        Thomas Lesser, BBO No. 295000
                        Lesser, Newman, Souweine & Nasser
                        39 Main Street
                        Northampton, MA 01060
                        413-584-7331

```
                              Assented,


Dated:  December 21, 2005
                              /s/William Welch
                              William Welch, Esq.
                              Assistant United States Attorney
                              Federal Building and Courthouse
                              1550 Main Street
                              Springfield, MA 01103-1422
```

CERTIFICATE OF SERVICE

I, Thomas Lesser, hereby certify that on December 21, 2005, I served a copy of the foregoing document on counsel for the government by mailing, first class, postage prepaid to: William Welch, Esq., Assistant United States Attorney, Federal Building and Courthouse, 1550 Main Street, Springfield, MA 01103-1422.

```
                              /s/Thomas Lesser
                              Thomas Lesser
```

I:\SHARED\LESSER\Karen\My Documents\Serrazina\Motion to Extend.3.doc