# EXHIBIT A

AO 93 (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

140 Salli Circle
Ludlow, Massachusetts
and garage

**SEARCH WARRANT**

CASE NUMBER: 02m667 KPN

TO: _____Clifford W. Hedges_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____Clifford W. Hedges_____ who has reason to
                                                            Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

140 Salli circle, Ludlow, Massachusetts, the residence of Maria Serrazina. 140 Salli Circle is a two story brick house with the number 140 appearing to the right of the front door and on the mailbox. The residence has an attached two car garage.

in the _____ District of _____Massachusetts_____ there is now concealed a certain person or property, namely (describe the person or property)

see attachment A.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____October 7, 2002_____
                                                                            Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____Kenneth P. Neiman, U.S. Magistrate Judge_____
as required by law.                                    U.S. Judge or Magistrate Judge

September 26, 2002 at 3:27 p.m.     at   Springfield, Massachusetts
Date and Time Issued                          City and State

Kenneth P. Neiman
U.S. Magistrate Judge                         _____[signature]_____
Name and Title of Judicial Officer            Signature of Judicial Officer

ATTACHMENT A - ITEMS TO BE SEIZED

A. Contracts, estimates, permits, receipts, invoices, delivery tickets, packing slips, handwritten notes, and any other documents relating to the request, ordering, delivery, construction, and/or completion of home improvement projects and/or materials;

B. Inventory, videotape, photograph and seize, where appropriate, paint/stain samples, paint/stain can labels, wallpaper and/or remnants, carpet and/or carpet remnants, tile and/or tile remnants, roofing and/or roofing remnants, windows, rooms, contents of rooms, and any other home improvement projects and/or materials;

C. Financial records, such as personal checking accounts, home equity lines, bank statements, credit card statements, credit card receipts, cancelled checks, shredding machines, shredded items, and any other documents relating to the availability of financial resources, or lack thereof, for personal expenditure on and/or re-imbursement of home improvements projects and/or materials;

D. Inventory, videotape, photograph, and seize, where appropriate, water heaters, refrigerators, stoves, power tools, lawn mowers, snowblowers, window labels, manufacturer labels, contents of rooms, and any other furnishings, appliances, and/or tools bearing SHA bar code numbers, serial numbers, partially or completely obliterated serial numbers, or other identifying information.

E. Any and all documents and/or physical items relating to the payments and/or receipt of kickbacks, gifts, gratuities, and/or things of value from SHA vendors, including, but not limited to, Rolodexes, appointment calenders, business correspondence, draft and final contracts, estimates, meeting notes, daily planners, personal diaries, personal handwritten notes, briefcases, and cash.

AO 106 (Rev. 7/87) Affidavit for Search Warrant

# United States District Court

_____ DISTRICT OF __Massachusetts__

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

140 Salli Circle
Ludlow, Massachusetts
and garage

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 03M667 KPN

I Clifford W. Hedges _____ being duly sworn depose and say:

I am a(n) Special Agent of the Federal Bureau of Investigation and have reason to believe
                    Official Title

that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)
140 Salli Circle, Ludlow, Massachusetts, the residence of Maria Serrazina. 140 Salli Circle is a two story brick house with the number 140 appearing to the right of the front door and on the mailbox. The residence has an attached two car garage.

in the _____ District of __Massachusetts__
there is now concealed a certain person or property, namely (describe the person or property to be seized)

see Attachment A.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure) (1) property that constitutes evidence of the commission of a criminal offense; or (2) contraband, the fruits of crime, or things otherwise criminally possessed; or (3) property designed or intended for use or which is or has been used as the mans of comitting a criminal offense.
concerning a violation of Title __18__ United States code, Section(s) _371, 1341, 1343 and 1346_.
The facts to support a finding of Probable Cause are as follows:

see attached affidavit of Special Agent Clifford W. Hedges, Federal Bureau of Investigation.

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

__March 26, 2002__                              at   __Springfield, Massachusetts__
Date                                                  City and State

__Kenneth P. Neiman, U.S. Magistrate Judge__        _____
Name and Title of Judicial Officer                   Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

statements, credit card receipts, cancelled checks, and any other documents showing the lack of personal expenditure and reimbursement for home improvements projects and/or materials;

   D. Water heaters, appliances, power tools, lawn mowers, snowblowers, and any other items bearing SHA bar code numbers and/or identifying information or partially or completely obliterated serial numbers.

   E. Any and all documents relating to the payments and/or receipt of kickbacks, gifts, gratuities, and/or things of value from SHA vendors, including, but not limited to, Rolodexes, appointment calenders, business correspondence, draft and final contracts, estimates, meeting notes, daily planners, personal diaries, personal handwritten notes, and cash.

V. CONCLUSION

   43. For the foregoing reasons, this Court is respectfully requested to authorize the search of the premises described above and the seizure of the items described in the Attachments hereto.

_____
CLIFFORD W. HEDGES
Special Agent, FBI

Sworn to before me and subscribed in my presence on the 26th day of September, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

35

## ATTACHMENT A - ITEMS TO BE SEIZED

A. Contracts, estimates, permits, receipts, invoices, delivery tickets, packing slips, handwritten notes, and any other documents relating to the request, ordering, delivery, construction, and/or completion of home improvement projects and/or materials;

B. Inventory, videotape, photograph and seize, where appropriate, paint/stain samples, paint/stain can labels, wallpaper and/or remnants, carpet and/or carpet remnants, tile and/or tile remnants, roofing and/or roofing remnants, windows, rooms, contents of rooms, and any other home improvement projects and/or materials;

C. Financial records, such as personal checking accounts, home equity lines, bank statements, credit card statements, credit card receipts, cancelled checks, shredding machines, shredded items, and any other documents relating to the availability of financial resources, or lack thereof, for personal expenditure on and/or re-imbursement of home improvements projects and/or materials;

D. Inventory, videotape, photograph, and seize, where appropriate, water heaters, refrigerators, stoves, power tools, lawn mowers, snowblowers, window labels, manufacturer labels, contents of rooms, and any other furnishings, appliances, and/or tools bearing SHA bar code numbers, serial numbers, partially or completely obliterated serial numbers, or other identifying information.

E. Any and all documents and/or physical items relating to the payments and/or receipt of kickbacks, gifts, gratuities, and/or things of value from SHA vendors, including, but not limited to, Rolodexes, appointment calenders, business correspondence, draft and final contracts, estimates, meeting notes, daily planners, personal diaries, personal handwritten notes, briefcases, and cash.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  10/02/2002

On September 27, 2002, a search warrant was executed at the home of MARIE A. SERRAZINA, 140 Salli Circle, Ludlow, Massachusetts (MA). The search was conducted by FBI Special Agents (SA), Susan E. Kossler and Krista M. Toole, Internal Revenue Service SA's Michael Brin and William Skene, and FBI Photographer John M. Green.

The search team entered the premises of 140 Salli Circle, Ludlow, MA at approximately 9:54 a.m. An initial walk through of 140 Salli Circle was completed by all above mentioned participants of the search. The initial walk through was completed at approximately 10:00 a.m.

SERRAZINA was not present during the time of entry. SERRAZINA arrived at approximately 10:20 a.m. At approximately 10:20 a.m., SA Kossler presented SERRAZINA with the search warrant for 140 Salli Circle, Ludlow, MA.

Entrance photographs were taken by John M. Green from approximately 10:02 - 10:20 a.m. A sketch of the premises at 140 Salli Circle, Ludlow, MA was completed by SA Toole and John M. Green at approximately 11:07 a.m.

The search of the premises at 140 Salli Circle, Ludlow, MA was completed at approximately 2:20 p.m. Exit photographs were taken by John M. Green from approximately 2:22 p.m. - 2:36 p.m.

A total of eight items were seized. SA Kossler provided a FBI form, FD-597, Receipt for Property, to MARIE A. SERRAZINA at approximately 2:34 p.m. The original copy of the FD-597 is enclosed in the 1A portion of this file.

The search team exited the premises at 140 Salli Circle, Ludlow, MA at approximately 2:39 p.m.

Investigation on  09/27/2002  at  Ludlow, MA

File # 194B-BS-90535-302 -8/
SA Krista M. Toole                                      Date dictated  10/02/2002
by  SA Susan E. Kossler    John M. Green

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  09/30/2002

On 09/27/02, a brown American Tourister hard sided brief case was seized from the residence of MARIA SERRAZINA, 140 Salli Circle, Ludlow, MA. The briefcase contained a large amount of cash, the majority of it strapped in $1,000.00 bundles. The cash was counted by bundle in front of SERRAZINA at the time of seizure. A few of the bundles were spot checked for accuracy and were found to be correct. The total amount, as counted by bundles, was $239,520.00

On 09/30/02, SA Susan Kossler and SA Cliff Hedges did a second count of the cash in the briefcase. This time each one of the bundles was unstrapped and counted. Each strap was initialed after the bundle was counted. Some of the bundles were found to be more or less than $1,000.00. The actual amount contained in the bundle was noted on the strap. The new total amount, after counting each individual bundle, is $239,860.00.

Following the count, the money was heat sealed in evidence bags.

---

Investigation on __09/27/02__ at __Springfield, MA__        273sek03.302

File # __194B-BS-90535-302-52__                Date dictated __09/30/02__
      SA Susan E. Kossler
by    SA Clifford W. Hedges

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# Internal Revenue Service
# Criminal Investigation

# Memorandum of Activity



| | | | |
|---|---|---|---|
| **In Re:** | ASSELIN SEARCH WARRANT | **Location:** | 140 Sallie Circle<br>Ludlow, Ma |
| **Investigation #:** | | | |
| **Date:** | September 27, 2002 | | |
| **Time:** | | | |
| **Participant:** | William Skene, S/A IRS-CI | | |

During a search warrant executed at the residence of MARIA SERRAZINA (nee: ASSELIN) located at 140 Salli Circle in Ludlow Massachusetts, I observed the following appliances;

- Frigidaire Gallery Stove, model FEF389WFCJ, serial number VF93722498
- Frigidaire Gallery refrigerator model FRS262SH, serial number LA93417067
- Whirlpool Dishwasher model DU6000XR-1, serial number F72363021
- Heil Furnace model NUGK100DH12, serial number L934148152
- Hot Water heater AO SMITH, (could not locate serial number)
- Electric stove Whirlpool model RF390PXWW-1, serial number FX0701449 (located in the basement)
- Craftsman II lawn tractor 12 hp model 917255561, serial number 061592S002852
- Yard Machine snow thrower 8 hp 26" model 31AE640F000, serial number 1H157800364
- Caldor lawn mower serial number D469441
- Craftsman weedwacker model 358795310, serial number 97107N602051
- Whirlpool washer model LA9100XTW0, serial number CX0302916
- Whirlpool dryer model LE9500XTW0, serial number MX1503486

*William R. Skene*
William Skene
Special Agent

AO 93 (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

140 Salli Circle
Ludlow, Massachusetts
and garage

## SEARCH WARRANT

CASE NUMBER: 02M667 KPN

TO: Clifford W. Hedges    and any Authorized Officer of the United States

Affidavit(s) having been made before me by Clifford W. Hedges (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

140 Salli circle, Ludlow, Massachusetts, the residence of Maria Serrazina. 140 Salli Circle is a two story brick house with the number 140 appearing to the right of the front door and on the mailbox. The residence has an attached two car garage.

in the _____ District of Massachusetts there is now concealed a certain person or property, namely (describe the person or property)

see attachment A.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    October 7, 2002
                                                        Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to    Kenneth P. Neiman, U.S. Magistrate Judge
as required by law.                                       U.S. Judge or Magistrate Judge

September 26, 2002 at 3:27 p.m.    at    Springfield, Massachusetts
Date and Time Issued                         City and State

Kenneth P. Neiman
U.S. Magistrate Judge
Name and Title of Judicial Officer             Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

ATTACHMENT A - ITEMS TO BE SEIZED

A.  Contracts, estimates, permits, receipts, invoices, delivery tickets, packing slips, handwritten notes, and any other documents relating to the request, ordering, delivery, construction, and/or completion of home improvement projects and/or materials;

B.  Inventory, videotape, photograph and seize, where appropriate, paint/stain samples, paint/stain can labels, wallpaper and/or remnants, carpet and/or carpet remnants, tile and/or tile remnants, roofing and/or roofing remnants, windows, rooms, contents of rooms, and any other home improvement projects and/or materials;

C.  Financial records, such as personal checking accounts, home equity lines, bank statements, credit card statements, credit card receipts, cancelled checks, shredding machines, shredded items, and any other documents relating to the availability of financial resources, or lack thereof, for personal expenditure on and/or re-imbursement of home improvements projects and/or materials;

D.  Inventory, videotape, photograph, and seize, where appropriate, water heaters, refrigerators, stoves, power tools, lawn mowers, snowblowers, window labels, manufacturer labels, contents of rooms, and any other furnishings, appliances, and/or tools bearing SHA bar code numbers, serial numbers, partially or completely obliterated serial numbers, or other identifying information.

E.  Any and all documents and/or physical items relating to the payments and/or receipt of kickbacks, gifts, gratuities, and/or things of value from SHA vendors, including, but not limited to, Rolodexes, appointment calenders, business correspondence, draft and final contracts, estimates, meeting notes, daily planners, personal diaries, personal handwritten notes, briefcases, and cash.

| RETURN | | CASE NUMBER: |
|---|---|---|
| DATE WARRANT RECEIVED 9/26/02 | DATE AND TIME WARRANT EXECUTED 9/27/02 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*                                                    October 17, 2002
U.S. Judge or Magistrate Judge                                   Date

(8-11-94)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 194B-BS-90535

On (date) 09/27/02

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Maria A. Serrazina
(Street Address) 140 Salli Circle
(City) Ludlow, MA 01056

Description of Item(s):

1) Brown suitcase with approx. $239,520.00 as counted by bundles from attic room (P)
2) Misc. documents found in plastic containers in hallway (L) 2nd floor
3) Misc. documents taken from buffet in dining room (C)
4) Masterbedroom (J) White 3 ring binder containing misc. documents
5) File folders w/ misc. documents taken from file cabinet in basement
6) File folder containing misc. documents from file cabinet in basement
7) Misc. samples, tile, roofing, wall coverings, flooring
8) Misc. documents (financial, purchases) and cancelled checks

Received By: (Signature)   Received From: (Signature)