

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Fax (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

September 1, 2004

Richard M. Egbert, Esq.
99 Summer Street
Suite 1620
Boston, MA  02110

Vincent A. Bongiorni, Esq.
95 State Street
Springfield, MA  01103

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109

Philip H. Lauro, Esq.
Cooledge & Lauro
80 Maple Street
Springfield, MA  01105

Steven W. Leary, Esq.
95 State Street
Springfield, MA 01103

Roy H. Anderson, Esq.
Box 1420
Springfield, MA  01101

Thomas Lesser, Esq.
Lesser, Newman, Souweine & Nasser
39 Main Street
Northampton, MA  01060

Bernard Grossberg, Esq.
99 Summer Street
Suite 1800
Boston, MA  02110

Thomas R. Kiley, Esq.
Cosgrove, Eisenberg & Kiley
1 International Place
Boston, MA  02110

David P. Hoose, Esq.
Katz, Sasson, Hoose & Turnbull
1145 Main Street
Springfield, MA  01103

Joseph Ballero, Esq.
99 Summer Street
Suite 1800
Boston, MA  02110

  Re:  **United States v. Raymond Asselin, Sr., et al.**
       **CR-N-04-30033-MAP**

Dear Counsel:

  Please find enclosed the grand jury statement of John Spano

1



and the grand jury exhibit associated with his appearance.

Pursuant to Fed.R.Crim.Proc. 16, please note that Maria Serrazina made several statements to searching agents on the day of the execution of the search warrant at 140 Salli Circle, Ludlow, Massachusetts. Maria Serrazina told FBI Special Agent Susan Kossler in substance that she had no idea that the suitcase of money was in her attic, and that she did not know where the money had come from. Sometime thereafter, the money was counted in front of Ms. Serrazina for inventory purposes. Throughout the search, Ms. Serrazina was cooperative. During both encounters regarding the money, Ms. Serrazina was calm and evidenced no visible signs of surprise.

During the week of Easter, April, 2003, Special Agent Cliff Hedges contacted Merylina Asselin at Chicopee High School and asked Ms. Asselin if she wanted to cooperate. Ms. Asselin told Special Agent Hedges in substance that she would never cooperate, she would never do what Lisa Asselin did, and how could she give up her family.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant United States Attorney

enc.