LISA ASSELIN - 06/10/03                           146

1  series of meetings and the eventual decision that you did
2  make?
3      A   Yes.
4      Q   After meeting with the FBI, did you then
5  subsequently learn where the briefcase had been taken to?
6      A   Yes.
7      Q   And where did it get taken to?
8      A   Maria Serrazina's house.
9      Q   Before it actually got moved to Maria Serrazina's
10 house, do you know whether or not Mr. Asselin got back into
11 the briefcase and removed anything?
12     A   Yes, he did.
13     Q   And how do you know that?
14     A   Because I asked Ray where the briefcase was, and
15 he told me that they had moved it to Maria's house. And he
16 said, before we moved it, he said, my father opened up the
17 briefcase and he took out -- he handed me $40,000 in one
18 hand and 40,000 in the other hand, and he said, give this
19 money -- this money is for Art Sotirion, and he took the
20 other 40,000. And Ray said there was still a lot of money
21 left in there, even though he already took out that amount.
22 And then he took the papers that were in there.
23     Q   Meaning these -- the books and the papers that had
24 names and amounts ---
25     A   Yes.

APEX Reporting
(617) 426-3077

GOVERNMENT EXHIBIT B

LISA ASSELIN - 06/10/03                                           147

1    Q    --- on them?
2    A    Yes.  He took them.
3    Q    And then was it after that point in time that the
4    briefcase was then transported to Maria Serrazina's home?
5    A    This, I believe, was at Maria's house.
6    Q    Okay.
7    A    They did this at Maria's.
8    Q    Once the briefcase was stored in Maria Serrazina's
9    house and was placed there, did you subsequently then learn
10   that all the family residences got searched?
11   A    Yes.
12   Q    And was that briefcase one of the items that was
13   seized from Maria Serrazina's home?
14   A    Yes.
15   Q    After the briefcase was seized, did you begin to
16   hear discussion amongst the Asselin family members as to how
17   to explain the large amount of cash in the briefcase?
18   A    Yes.
19   Q    And what was the discussion?
20   A    The one that I heard was they were going to say
21   that Jack had a gambling problem and he was -- he was
22   gambling all this money and he was going to keep the money
23   for the kids, but it was -- they were going to say that he
24   had a problem going to Ledyard and stuff, and that was where
25   the money came from.  That he put it there and Maria didn't

LISA ASSELIN - 06/10/03                                          148

1   even know about it because he died.
2       Q    So basically they were going to say that the cash
3   had been generated though the gambling activity of Jack
4   Serrazina, who is now deceased?
5       A    Yes.
6       Q    And when you started hearing that story, what did
7   you think?
8       A    It's disgusting. The guy is dead, their poor kids
9   are going to grow up thinking their father had a gambling
10  problem. How about his family? I couldn't believe that
11  they were even thinking that.
12      Q    Okay.
13      A    Jack is a nice guy.
14      Q    And did you ever know Jack to have ---
15      A    No.
16      Q    --- A, a gambling problem; or, B, even be a
17  gambler?
18      A    No.
19      Q    I think you've already talked about the series of
20  conversations that occurred -- are you okay?
21           Okay. I think you've already talked about the
22  series of conversations between the time of the first
23  warrant and the second warrant about removing documents and
24  other physical items from some of the residences; is that
25  correct?