LISA ASSELIN - 06/10/03                                         25

1     Q    Did Jim and Ann Asselin, as you've indicated, move
2  from that apartment to 16 Dwight Road in approximately 1989?
3     A    Yes.
4     Q    And prior to actually moving in, was there
5  extensive remodeling done to that residence?
6     A    Yes.  They gutted the house and redid it, the
7  whole interior.
8     Q    And we'll get to that in detail in a moment, but
9  was a substantial degree of that remodeling actually taken
10 care of by Raymond Asselin, Sr.?
11    A    Yes.
12    Q    And was that really the first occasion where you
13 saw, I guess, much more expensive things of value given for
14 free to one of the family members?
15    A    Yes.
16    Q    Do you remember around that time frame that you
17 saw a basket that began to appear at 115 Mayfair Avenue?
18    A    Yes.
19    Q    Okay.  And describe what that was?
20    A    In the kitchen, their washer and dryer, this is at
21 my in-laws, they have a washer and dryer in the kitchen, and
22 Mr. A has a basket there and he puts his keys in there at
23 night, when he comes home, so he always knows where it is.
24 And if anybody needs anything done, like somebody will say,
25 oh, day, you know, I need painting done or could I have a

*APEX Reporting*
(617) 426-3077



GOVERNMENT
EXHIBIT
C

LISA ASSELIN - 06/10/03                                        26

1   border put up?  And he would say, just write it down and put
2   it in my basket, you know, so that in the morning he would
3   take what was in there with his keys and bring it to work
4   and whatever you needed got done, if you needed things.
5        Q    Okay.  Was there actually like a note pad with a
6   suction cup that he kept attached to the refrigerator ---
7        A    Mm-hm.
8        Q    --- so that there'd always be that piece of paper
9   handy to drop the note in the basket?
10       A    Yes.
11       Q    And for the last 10, 15 years, is it your
12  recollection that that basket has been a constant fixture
13  within 115 Mayfair Avenue?
14       A    Yes.
15       Q    So any time that yourself or others would go to
16  the Sunday morning breakfasts or the Sunday dinners, would
17  that be the opportunity to drop something in the basket?
18       A    Yes.
19       Q    I take it, as you and the other family members
20  would convene on either the Saturday evenings or the Sunday
21  mornings or Sunday evenings, you know, family members would
22  talk and you'd learn what was being done to everybody's
23  homes?
24       A    Yes.
25       Q    Can you relate to the Grand Jury whether or not,

LISA ASSELIN - 06/10/03                               2"

1   as the use of this basket began to become more frequent,
2   whether you would see some jealousy break out within the
3   various family members?
4       A   Yes.  Everyone was jealous of each other, and if,
5   say, somebody wanted to have their floor tiled, well, that
6   person would tell Mr. A, oh, you know, our kitchen needs to
7   be redone, the floor.  So he would start the ball rolling to
8   have the kitchen redone, and then someone else would say,
9   well, my kitchen needs updating.  I haven't had it done in
10  ten years.
11          You know, definitely there was some jealously.
12  And if somebody wanted something and one got something and
13  yours was old or you didn't have the newer model, they would
14  say, well, dad, that's not fair, I want more, you know.  So
15  he pretty much -- any time he did anything, he did it for
16  everyone.
17      Q   Okay.  Did it even come to the point where there
18  occasionally would be tension or arguments that may occur
19  between some of the family members if someone seemed to be
20  getting more favoritism than someone else?
21      A   Yes.
22      Q   I want to focus now a little bit on 16 Dwight
23  Road.  You indicated that when James and Ann Asselin moved
24  in, it was completely gutted and remodeled.  Is that
25  generally correct?