## AFFIDAVIT OF CLIFFORD W. HEDGES

I, Clifford W. Hedges, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) Boston Division, Springfield Resident Agency, located at 155 Brookdale Drive, Springfield, Massachusetts. I have been an FBI Special Agent since January 4, 1987. My current duties include the investigation of the Springfield Housing Authority.

2. It is the policy of the FBI to take entrance and exit photographs when conducting a search warrant at a personal residence as well as other locations. The primary reason for taking entrance and exit photographs is to be able to establish how the location of a search warrant appears both before and after the executive of a search warrant. The FBI photographer typically goes from room to room and takes photographs to establish what the search scene looked like both before and after execution of the search warrant. The photographs serve to protect the FBI from any future civil claims of misconduct such as destruction of the interior of a search location, destruction of particular items, and/or even theft of items.

3. Special Agent Susan Kossler was the team leader for the execution of the search warrant at defendant Maria Serrazina's residence. Consistent with FBI policy, the search commenced with entrance photographs and concluded with exit photographs. These photographs were taken independent of the authorization from the search warrant.

_____
CLIFFORD W. HEDGES
Special Agent, FBI

