568-6332
Mils

```
MANNY'S TV & APPLIANCES WILB                    Deposit#:     195330
1872 BOSTON ROAD                                    Date:   10/09/99
WILBRAHAM,   MA   01095                             Page#:         1
(413) 543-2467


old  G&R CONSTRUCTION                   Ship  MARIA SERAZINA
To   46 CAROL ANNE ST                    To   140 SALLI CIR.
                                              LUDLOW
     SPFLD, MA  01128 ·                       MA01056,


CCT#413-737-1073 Ship date 10/12/99 PHONE#
1p MARTY NOGUEIRA              THE ORDER IS A DELIVERY
-----------------------------------------------------------------
oc   Qty      Item#        Description         Price    Extension
-----------------------------------------------------------------




or service only! call 413-532-5125



~w:  3   Usr:SL3    11:51                   Sale Amt    2,600.00
                                      MA    Sales Tax     130.00

eposit rcv'd on Order  563468                  Total    2,730.00
0/08/99                                     Pmt Rec'd   2,730.00
                                            Bal Due          .00
```

REFUND/EXCHANGE POLICY
. Return privileges for major appliances will be thru manufacturer only
. Return privileges for Audio/Video components are within 7 days, co_
  original carton, packing, instructions and accessories in perfect
. No returns on air conditioners, videocameras and projection TV's
OUR *EXT WARRANTY INCLUDES/EXTENDS THE MFG WARRANTY
. 50% deposit required for special orders. No refund on special ord
. If paid by cash or check allow 14 days for refund
  All return_____to 10%_____

GOVERNMENT EXHIBIT 1