| | | |
|---|---|---|
| <u>Washer</u>: | Whirlpool Ultimate Care II<br>#LSQ9264Q | ($539.) |
| <u>Dryer</u>: | Whirlpool Ultimate Care II<br>Gas #LEQ8857 | ($399.) |
| <u>Stove</u>: | Jenn-Air 102<br>#JGR 8850 ADB | ($1229.) |
| <u>Microwave</u>: | General Electric – Wall Mount<br>#GVM 119 DWX<br>Sensor Convection | ($629.) |

<u>Frigidaire</u>

| | | |
|---|---|---|
| <u>Stove</u>: | FEF389WFSG<br>Frigidaire Gallery Professional Series<br>Electric Stainless w/Black Accent | ($1379.) |
| <u>Refrigerator</u>: | FRS24ZSG(B) 26 cubic ft.<br>Frigidaire Gallery Professional Series Special<br>Stainless w/Black Accent | ($1500.) |


GOVERNMENT EXHIBIT 2