UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAYMOND ASSELIN SR., et al. )<br>)<br>Defendants )<br>) | CRIMINAL ACTION No. 04-30033-MAP |

MARIA SERRAZINA'S MOTION TO EXTEND THE TIME
FOR FILING HER REPLY TO THE GOVERNMENT'S OPPOSITION
TO HER MOTION TO SUPPRESS

Now comes the defendant Maria Serrazina in the above-entitled matter and hereby moves this Honorable Court to extend the time for filing her reply to the United States's opposition to her motion to suppress from March 7 to March 9, 2006. In support thereof, Maria Serrazina says that her counsel was simultaneously preparing and filing two other complicated pleadings in the United States District Court and did not have the ability to complete the opposition in a timely manner.

Respectfully submitted,
The defendant Maria Serrazina,
By her attorney,

Dated: March 9, 2006

Thomas Lesser, BBO No. 295000
Lesser, Newman, Souweine & Nasser
39 Main Street
Northampton, MA 01060
413-584-7331

1

CERTIFICATE OF SERVICE

    I, Thomas Lesser, hereby certify that on March 9, 2006, I served a copy of the foregoing document on all counsel of record and counsel for the government by mailing, first class, postage prepaid to: counsel of record and William Welch, Esq., Assistant United States Attorney, Federal Building and Courthouse, 1550 Main Street, Springfield, MA 01103-1422.

                                                                   Thomas Lesser

Serrazina\Motion to Extend
3/9/06