Name: Maria A. Serrazina
(Street Address) 140 Sell Circle
(City) Ludlow, MA 01056

Description of Item(s):

1. Brown suitcase with approx $239,500.00 as counted by bundles from a the room (P)
2. Misc documents found in plastic containers in hallway (L) 2nd floor
3. Misc. documents taken from buffet in dining room (C) Masterbedroom (I) White 3 ring binder containing
4. misc. documents
5. File folders w/ misc. documents taken from file cabinet in basement
6. File folder containing misc documents from file cabinet in basement
7. Misc samples, tile roofing, wall coverings, flooring
8. Misc documents (financial, purchases) and cancelled checks

GOVERNMENT EXHIBIT 1