UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIM. NO. 04-30033-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| **RAYMOND ASSELIN, SR., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

### GOVERNMENT'S SECOND REQUEST
### FOR RECIPROCAL DISCOVERY UNDER RULE 16

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this request for reciprocal discovery under Rule 16 and the Local Rules. This request also includes reciprocal discovery under Rule 16(B) and 16(C). All defendants have requested discovery under the Local Rules and/or requested discovery of expert witnesses and testimony, and the Government is entitled to reciprocal discovery.

To date, the Government has received nothing except for a response from defendant Davis. Therefore, the Government makes

1

its second request for reciprocal discovery.

Filed this 12 th day of July, 2006.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                        /s/ William M. Welch II
                                      WILLIAM M. WELCH II
                                      Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                                  Springfield, Massachusetts
                                              July 12, 2006


   I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing via electronic filing upon the following:

| | |
|---|---|
| Richard M. Egbert, Esq.<br>99 Summer Street<br>Suite 1620<br>Boston, MA  02110 | Vincent A. Bongiorni, Esq.<br>95 State Street<br>Springfield, MA  01103 |
| James C. Rehnquist, Esq.<br>Goodwin Proctor & Hoar<br>Exchange Place<br>Boston, MA 02109 | Thomas Rooke, Esq.<br>73 Chestnut Street<br>Springfield, MA 01103 |
| Steven W. Leary, Esq.<br>95 State Street<br>Springfield, MA 01103 | Roy H. Anderson, Esq.<br>Box 1420<br>Springfield, MA  01101 |
| Thomas Lesser, Esq.<br>Lesser, Newman, Souweine & Nasser<br>39 Main Street<br>Northampton, MA  01060 | Bernard Grossberg, Esq.<br>99 Summer Street<br>Suite 1800<br>Boston, MA  02110 |
| Thomas R. Kiley, Esq.<br>Cosgrove, Eisenberg & Kiley<br>1 International Place<br>Boston, MA  02110 | David P. Hoose, Esq.<br>Katz, Sasson, Hoose & Turnbull<br>1145 Main Street<br>Springfield, MA  01103 |
| Joseph Ballero, Esq.<br>99 Summer Street<br>Suite 1800<br>Boston, MA  02110 | |


                                       /s/ William M. Welch II
                                       WILLIAM M. WELCH II
                                       Assistant United States Attorney